UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Glenda Ann Ingalls, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Carolyn W. Colvin, ) | No. 4:15-CV-76-BO |
| *Acting Commissioner of Social Security*, ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 20] is DENIED, and defendant's motion for judgment on the pleadings [DE 25] is GRANTED. The decision of the Commissioner is AFFIRMED.

This case is closed.

**This judgment filed and entered on May 13, 2016, and served on:**

Stacey R. Walters (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)

May 13, 2016



JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk